UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN CAMP,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVIENT SOLUTIONS, LLC, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01080-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANT TRANS UNION, LLC ONLY, WITH PREJUDICE<br><br>(ECF No. 14) |

Plaintiff, David Van Camp, and Defendant, Trans Union, LLC, have filed a stipulation to dismiss with prejudice all claims against Defendant Trans Union, LLC. (ECF No. 14.) Pursuant to the stipulation, the case against Defendant Trans Union, LLC, has ended and the case is dismissed with prejudice only as to Defendant Trans Union, LLC. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated:   **November 3, 2020**          /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE