UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN CAMP,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-01080-NONE-EPG<br><br>ORDER CONSTRUING STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC WITH PREJUDICE AS MOTION TO DISMISS AND DIRECTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND<br><br>(ECF No. 23) |

On February 19, 2021, Plaintiff David Van Camp and Defendant Navient Solutions, LLC filed a stipulation to dismiss Defendant Navient Solutions, LLC with prejudice. (ECF No. 23.) Federal Rule of Civil Procedure 41 permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, Defendant Experian Information Solutions, Inc. has appeared in this action but did not sign the stipulation to dismiss Defendant Navient Solutions, LLC. The Court will therefore construe the stipulation as a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. is directed to file a response or statement of non-opposition to the stipulation within **fourteen (14) days** of the date of this order. Alternatively, the parties my file a

stipulation of dismissal signed by all parties who have appeared in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: __**February 22, 2021**__    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE