1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

DAVID VAN CAMP,

12

Plaintiff,

13

v.

14

NAVIENT SOLUTIONS, LLC,

15

Defendant.

16

No.  1:20-cv-01080-NONE-EPG

ORDER GRANTING MOTION TO DISMISS
DEFENDANT NAVIENT SOLUTIONS, LLC

(Doc. Nos. 23, 24)

17          On February 19, 2021, plaintiff David Van Camp and defendant Navient Solutions, LLC

18 filed a stipulation to dismiss Navient Solutions, LLC with prejudice.  (Doc. No. 23.)  Because the

19 stipulation was not signed by all parties who have appeared in the action, the assigned magistrate

20 judge issued an order construing the stipulation as a motion to dismiss pursuant to Federal Rule of

21 Civil Procedure 41(a)(2) and directing defendant Experian Information Solutions, Inc. to respond.

22 (Doc. No. 24.)  Experian Information Solutions, Inc. has not responded to the motion or the

23 magistrate judge's order and the time to do so has expired.

24          Accordingly,

25          1.   The motion to dismiss Navient Solutions, LLC (ECF No. 23) is GRANTED;

26          2.   Defendant Navient Solutions, LLC only is dismissed with prejudice; and

27 ///

28 ///

3.  The Clerk of Court is directed to terminate Navient Solutions, LLC on the docket.

IT IS SO ORDERED.

Dated:  __**March 19, 2021**__                    _____
                                                 UNITED STATES DISTRICT JUDGE

2