# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN CAMP,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, et al.,<br><br>Defendants. | Case No. 1:20-cv-01080-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE<br><br>(ECF No. 28) |

Plaintiff David Van Camp and Defendant Experian Information Solutions, Inc. have filed a stipulation to dismiss all claims against Defendant Experian Information Solutions, Inc. with prejudice. (ECF No. 28.) Pursuant to the stipulation, the case against Defendant Experian Information Solutions, Inc. has ended and the case is dismissed with prejudice as to this defendant. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Further, all other defendants in this case have previously been dismissed. (ECF Nos. 14-15, 23-24, 26.) Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **April 28, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE